O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-1216 AHM (OPx) | Date | October 20, 2010 |
|---|---|---|---|
| Title | BAILEY, et al. v. COUNTRYWIDE HOME LOANS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On August 18, 2010, defendants Select Portfolio Servicing, Inc. and Mortgage Electronic Registration Systems, Inc. filed a motion to dismiss Plaintiffs' complaint for failure to state a claim. Plaintiffs failed to oppose the motion and did not file a notice of non-opposition.

On September 21, 2010, the Court granted defendants' motion to dismiss with leave to file an amended complaint by not later than October 14, 2010. The Court warned Plaintiffs that failure to file an amended complaint by that date would result in the dismissal of their case with prejudice. In the same order, the Court dismissed as moot a pending motion to dismiss filed by defendant Countrywide Home Loans, Inc. ("Countrywide").

Also on September 21, 2010, the Court issued a separate order to Plaintiffs' counsel, Gregory Alan Baker, Esq. ("Baker"), to show cause in writing, by not later than September 30, 2010, why he should not be sanctioned $250 for violating Local Rule 7-9.
Baker failed to respond to the Court's order to show cause. Accordingly, on October 5, 2010, the Court sanctioned Baker $250 and ordered him to pay the sanction by not later than October 15, 2010, the day after his clients' amended complaint was to be filed.

October 15, 2010 came and went, and Baker neither paid the $250 sanction nor filed an amended complaint on behalf of his clients. Instead, on October 18, 2010, Baker filed an opposition to Countrywide's motion, which motion the Court had dismissed nearly a month earlier, on September 21, 2010.

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-1216 AHM (OPx) | Date | October 20, 2010 |
|---|---|---|---|
| Title | BAILEY, et al. v. COUNTRYWIDE HOME LOANS, INC., et al. | | |

      In an abundance of caution, and so as not to punish Baker's clients for Baker's repeated failure to follow the Court's previous orders, the Court hereby ORDERS Plaintiffs to file either an amended complaint or a statement of non-intention to amend by no later than **October 25, 2010**. Failure to do so will result in a dismissal with prejudice of Plaintiffs' case. Further, the Court ORDERS Baker to pay the outstanding $250 sanction to the Clerk of Court by no later than **October 22, 2010**, or the Court will refer Baker to the State Bar and the Central District's Standing Committee on Discipline.

cc: **Fiscal**

|  | : |
|---|---|
| Initials of Preparer | se |